1  K. Randolph Moore, Esq. SBN 106933
   Tanya Moore, Esq. SBN 206683
2  MOORE LAW FIRM, P.C.
   332 N. Second Street
3  San Jose, CA  95112
   Telephone: (408) 271-6600
4  Facsimile: (408) 298-6046

5  Attorneys for Plaintiff
   Alma Clarisa Hernandez
6

7
                    **THE UNITED STATES DISTRICT COURT**
8
                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9

| ALMA CLARISA HERNANDEZ, | ) | Case No.:   5:10-CV-02222 PVT |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION FOR FILING OF AN AMENDED COMPLAINT** |
| vs. | ) ) | |
| MEL COTTON RENTALS, INC. dba MEL COTTON'S SPORTING GOODS AND RENTALS, | ) ) ) ) | |
| Defendants. | ) ) ) ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff may file an Amended Complaint, a copy of which is attached hereto.

IT IS FURTHER STIPULATED that the defendants Mel Cotton Rentals, Inc. waive notice and service of the amended complaint and shall be required to answer the amended complaint within 21 day of filing.

IT IS SO STIPULATED.

Dated:  July 23, 2010          CREECH, LIEBOW & KRAUS

                               By:     /s/ Ed Kraus
                               Ed Kraus, Esq.
                               Attorney for Defendant Mel Cotton Rentals, Inc.

Dated: July 23, 2010             MOORE LAW FIRM, PC

                                 By: ___/s/Tanya Levinson____
                                  Tanya Levinson Moore
                                 Attorney for Plaintiff Alma Clarisa Hernandez

**ORDER**

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT the First Amended Complaint is filed forthwith.

**IT IS SO ORDERED.**

Dated: July 26, 2010             _____Patricia V. Trumbull_____
                                 U.S.              JUDGE
                                    MAGISTRATE

Stipulation for Filing of Amended Complaint 2        Hernandez v. Mel Cotton Rentals, Inc.